JOSEPHINE LA SALLE, as Administratrix, etc., v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

LOUIS SIMON and Others v. MAX LINDEN.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

WOODHOUSE, STOLL & COMPANY, INC., v. DIAMOND SILK COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

BARTHOLOMEW FITZGERALD v. SCRANTON AND WYOMING COAL COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JULIA RAMOS.— Motion denied. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

DOMENICO IANNONE, as Administrator, etc., v. THE WEBER-McLOUGHLIN COMPANY.— Motion denied, but respondent's attorney directed to delete from his brief as provided in order. Appellant's time to reply to respondent's brief extended five days from date. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

FLOYD Y. FORBES v. JOHN F. HYLAN and Others.— Motion granted on payment by appellant to plaintiff of ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

JOSEPH H. COHEN v. CHARLES B. TOOLE.— Motion granted. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

In the Matter of CATHERINE TAYLOR, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

GESINE SCHENKER v. HENRY DOSCHER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

In the Matter of AMOS H. STEPHENS, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BARNETT BESMANOFF, Respondent, v. GRIFENHAGEN BROTHERS & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.

BARTHOLOMEW O'CONNOR, an Infant, by NELLIE O'CONNOR, His Guardian ad Litem, Respondent, v. JOHN R. THOMPSON COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.

HENRY BENSON, Respondent, v. WILLIAM CANFIELD DEAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Philbin, JJ.; Laughlin and Merrell, JJ., dissenting upon the ground that, in their opinion, the court erred in permitting the jury to find that the defendant was negligent in not suggesting the calling in of a specialist.